Marcus T. MITCHELL, Petitioner–
Appellant,

v.

Leslie FLEMING, Warden of Keen
Mountain Correctional Center,
Respondent–Appellee,

and

Unknown, Respondent.

No. 14–7762.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 20, 2015.

Marcus T. Mitchell, Appellant Pro Se.

Before WILKINSON and KING,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Marcus T. Mitchell appeals the district
court's order dismissing without prejudice
his 28 U.S.C. § 2254 (2012) petition for
failing to comply with a court order. We
have reviewed the record and find no re-
versible error. Accordingly, we grant
leave to proceed in forma pauperis and
affirm for the reasons stated by the dis-
trict court. *Mitchell v. Fleming,* No. 1:14–
cv–01070–JCC–IDD (E.D.Va. Nov. 4,
2014). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*AFFIRMED.*